IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-356-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JONATHON REX LEACH | ) | |

Upon Motion of the United States, consented to by the Defendant, it is hereby ORDERED that the parties have until January 11, 2018 to conduct a pre-trial conference, as required by Local Criminal Rule 16.1. It is further hereby ORDERED that the Defendant shall have until January 25, 2018 to file all pre-trial motions.

The delay occasioned by these extensions of time are excluded from Speedy Trial Act computation, pursuant to 18 U.S.C. Section 3161(h)(7)(A), for the reason that the ends of justice served by granting these extensions outweigh the best interest of the public and the Defendant in a speedy trial.

SO ORDERED, this 10 day of January, 2018.

TERRENCE W. BOYLE
DISTRICT COURT JUDGE