UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CR-00356-BO-4

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHON REX LEACH | ORDER |

UPON MOTION by Defendant, Jonathon Rex Leach, and for good cause shown, it is hereby ordered that Docket Entry 131 be sealed.

This the _16_ day of _May_, 2018.

*Terrence Boyle*

The Honorable Judge Terrence W. Boyle