IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-356-BO-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JONATHON REX LEACH, ) | |
| Defendant. ) | |

This matter is before the Court following a request by the Bureau of Prisons. On February 21, 2018, defendant pleaded guilty, pursuant to a plea agreement, to conspiracy to traffic in contraband cigarettes in violation of 18 U.S.C. § 371 and 18 U.S.C. § 2342(a). He was sentenced to a term of 24 months' imprisonment on August 1, 2018. He was ordered to surrender in order to begin his prison term before 2 p.m. on September 15, 2018.

As September 15, 2018, is a Saturday, this Court now DIRECTS defendant to surrender to his designated institution no later than 2 p.m. on Monday, September 17, 2018.

SO ORDERED, this 30 day of August, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE